435 A.2d 636

Commonwealth v. Boone, Appellant.

Argued December 4, 1980. Athena M. Dooley, for appellant; Garold Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.